UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| FAAGAOSA FALEULU *on behalf of* TULI T VIVAO, JR, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 3:23-CV-06012-MLP <br><br><br> ORDER |

Based on the parties' agreement and stipulation, and good cause shown, it is hereby ORDERED as follows:

1. Pursuant to sentence four of 42 U.S.C. § 405(g), the above-captioned case is reverse d and remanded to the Defendant Commissioner of Social Security for further administrative proceedings and a new decision with respect to Plaintiff Tuli T. Vivao, Jr.'s applications for Disability Insurance Benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act, respectively.

1. On remand, the administrative law judge (ALJ) shall further evaluate the claimant's impairments, particularly his cardiac impairment and lung impairment, with the assistance

Page 1    ORDER - [3:23-CV-06012-MLP]

of medical expert evidence and, as warranted, opinion evidence from the claimant's medical providers who treated him during the relevant period. The Administrative Law Judge will develop the record with medical opinion evidence, offer the claimant's substitute party the opportunity for a hearing, and issue a new decision.

2. Plaintiff shall be entitled to move for reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d).

DATED this 19th day of April, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Lars J. Nelson
LARS J. NELSON
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-3717
Fax: (206) 615-2531
lars.nelson@ssa.gov